Commonwealth *v.* Billingsley, Appellant.

Argued May 26, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

reargument refused September 30, 1947.

*Harry A. Estep,* with him *Harry I. Glick,* for appellant.

*J. E. Kalson,* Assistant District Attorney, with him *Artemas C. Leslie,* District Attorney, for appellee.

PER CURIAM, July 29, 1947:
The judgment of the Superior Court is affirmed on the opinion of Judge ARNOLD.

Mr. Justice DREW dissents.